UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA TYLER-MALLERY, et al., | Case No. 09-CV-2917-JAH (JMA) |
| Plaintiffs, | **ORDER FOLLOWING FILING OF ANSWER** |
| v. | |
| GMAC MORTGAGE, LLC, et al., | |
| Defendants. | |

There are eleven (11) named defendants in this case. Two defendants, Countrywide Home Loan of Southern California, Inc. and Paul Taccone dba Courtesy Real Estate Company, filed an answer on January 14, 2010. See Doc. 9. Generally, the Court will convene an Early Neutral Evaluation ("ENE") Conference within forty-five (45) days of the filing of an answer. See Civ. L.R. 16.1 c.1. However, because a substantial number of defendants have not yet answered in this matter and, indeed, six of the defendants have filed motions to dismiss (see Docs. 5, 7, 8), the Court will defer holding an ENE Conference at this time. See Civ. L.R. 16.1 e.5.

**IT IS SO ORDERED.**

DATED: January 15, 2010

Jan M. Adler
U.S. Magistrate Judge